KEMNITZER, BARRON & KRIEG, LLP
KRISTIN KEMNITZER        Bar No. 278946
ADAM J. MCNEILE          Bar No. 280296
MALACHI J. HASWELL       Bar No. 307729
1120 Mar West St., Ste C2
Tiburon, CA 94920
Telephone: (415) 632-1900
Facsimile: (415) 632-1901
adam@kbklegal.com
kristin@kbklegal.com
kai@kbklegal.com

Attorneys for Plaintiff BENJAMIN MARTINEZ

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MARTINEZ, | **Case No. 5:23-cv-02233-MWF-BFM** |
| Plaintiff, | **NOTICE OF FILING AMENDED COMPLAINT** |
| vs. | Hon. Michael W. Fitzgerald |
| SUNNOVA ENERGY CORPORATION; and DOES 1 through 20, inclusive, | Hearing: February 12, 2024<br>Time: 10:00 a.m. |
| Defendants. | |

Plaintiff hereby gives notice that, pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiff has filed an amended complaint. Accordingly, Defendant Sunnova Energy Corporation's Motion to Dismiss Pursuant to Rule 12(b)(6), currently set for hearing on February 12, 2024, is moot and should be taken off calendar.

Dated: January 22, 2024                KEMNITZER, BARRON & KRIEG, LLP

                                       By:  /s/ *Adam J. McNeile*
                                            ADAM J. MCNEILE
                                            KRISTIN KEMNITZER
                                            MALACHI J. HASWELL