# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MARTINEZ<br><br>Plaintiff,<br><br>v.<br><br>SUNNOVA ENERGY CORPORATION, and DOES 1 through 20, inclusive<br><br>Defendants.<br>AND RELATED CROSS-ACTION | Case No. 5:23-cv-02233-MWF-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: August 15, 2024

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE